UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FRANKIE YOUNG, individually and on behalf
of similarly situated persons,

   Plaintiff,       Case No.: 2:19-CV-163

v.

BREW CITY PIZZA, INC. d/b/a
DOMINO'S PIZZA/PIZZA HUT and
DOUGLAS BARETZ

   Defendants.

## STIPULATION FOR DISMISSAL

  IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective attorneys, that the above action shall be dismissed, with prejudice and without costs to either party.

Dated this 29th day of May, 2019.  FORESTER HAYNIE PLLC and
                  BRANSTETTER STRANCH & JENNINGS PLLC
                  Attorneys for Plaintiff

                  By: */s/Joe P. Leniski*
                     JOE P LENISKI
                     Texas State Bar No. 022891

Dated this 29th day of May, 2019.  CRIVELLO CARLSON, S.C.
                  Attorneys for Defendants Douglas Baretz and Brew City
                  Pizza, Inc. (improperly identified in Complaint)

                  BY: /s/Agatha K. Raynor
                     AGATHA K RAYNOR
                     Wisconsin State Bar No. 1032687