UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FRANKIE YOUNG, individually and on behalf
of similarly situated persons,

        Plaintiff,               Case No.: 2:19-CV-163

   v.

BREW CITY PIZZA, INC. d/b/a
DOMINO'S PIZZA/PIZZA HUT, and
DOUGLAS BARETZ

        Defendants.

## ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 12) AND DISMISSING CASE

On May 30, 2019, the parties filed a stipulation for dismissal. Dkt. No. 12. The court **APPROVES** the parties' stipulation and **ORDERS** that this case is **DISMISSED** with prejudice and without costs to either party.

Dated in Milwaukee, Wisconsin this 31st day of May, 2019.

              **BY THE COURT:**

              _____

              **HONORABLE PAMELA PEPPER**
              **United States District Judge**